ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

BENJAMIN K. KLEINMAN (NYBN 5358189)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    benjamin.kleinman2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 4:23-MJ-71264-MAG-3 |
| Plaintiff, | STIPULATION TO VACATE AND RESET THE STATUS HEARING AND EXCLUDE TIME FROM JANUARY 22, 2024, TO MARCH 18, 2024, AND ORDER |
| v. | |
| GEORGE ABSTON, | |
| Defendant. | |

The above-captioned matter is currently scheduled for a status hearing on January 22, 2024, at 10:30 a.m.  Counsel for the United States and counsel for the defendant GEORGE ABSTON jointly request that the Court vacate the status hearing scheduled for January 22, 2024, and reset it to March 18, 2024.  It is also hereby stipulated by the parties that time be excluded under the Speedy Trial Act from January 22, 2024, through March 18, 2024.

The government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing the discovery already produced and continue to engage in plea negotiations.  For this reason the parties stipulate and agree that excluding time until March 18, 2024, will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding

STIPULATION TO CONTINUE AND EXCLUDE TIME AND ORDER
Case No. 4:23-mj-71264-MAG-3                                                                                    v. 7/10/2018

1   the time from January 22, 2024, through March 18, 2024, from computation under the Speedy Trial Act

2   outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A),

3   (B)(iv).  The parties also stipulate and agree that there is good cause extend the time limits for a preliminary

4   hearing under Federal Rule of Criminal Procedure 5.1 to March 18, 2024, as well as for extending the 30-day

5   time period for an indictment under the Speedy Trial Act (based on the exclusions set forth above).  *See* Fed.

6   R. Crim. P 5.1; 18 U.S.C. § 3161(b).

7         The undersigned Assistant United States Attorney certifies that he has obtained approval from

8   counsel for the defendant to file this stipulation and proposed order.

9

10        IT IS SO STIPULATED.

11  DATED: January 18, 2024                         /s/

                                                        BENJAMIN K. KLEINMAN

12                                                           Assistant United States Attorney

13

14  DATED: January 18, 2024                         /s/

                                                        MIRANDA KANE

15                                                            Counsel for Defendant GEORGE ABSTON

16                                        ORDER

17        Based upon the facts set forth in the stipulation of the parties and for good cause shown, the

18  Court hereby vacates the status hearing scheduled for January 22, 2024, and resets it to March 18, 2024,

19  and finds that failing to exclude the time from January 22, 2024, through March 18, 2024, would

20  unreasonably deny defense counsel and the defendant the reasonable time necessary for effective

21  preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The

22  Court further finds that the ends of justice served by excluding the time from January 22, 2024, to March

23  18, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and the

24  defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED

25  that the time from January 22, 2024, through March 18, 2024, shall be excluded from computation under

26  the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

27        Additionally, with the consent of the defendant, and taking into account the public interest in the

28  prompt disposition of criminal cases, the Court sets the preliminary hearing to the date set forth in the

first paragraph and — based on the parties' showing of good cause — finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act (based on the exclusions set forth above). *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

IT IS SO ORDERED.

DATED: __January 18, 2024__

IT IS SO ORDERED

Judge Donna M. Ryu

_____
The Hon. DONNA M. RYU
Chief Magistrate Judge