1  MIRANDA KANE (CA Bar No. 150630)
   **CONRAD | METLITZKY | KANE LLP**
2  217 Leidesdorff Street
   San Francisco, CA 94111
3  Telephone:  (415) 343-7100
   Facsimile:  (415) 343-7101
4  Email:  mkane@conmetkane.com

5  Attorney for Defendant George Abston

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                            OAKLAND DIVISION

10

11 | UNITED STATES OF AMERICA, | CASE NO. 4:23-MJ-71264-MAG-3 |
   |---|---|
   | Plaintiff, | |
   | v. | **STIPULATION TO CONTINUE ABSTON STATUS HEARING FROM MARCH 18, 2024, TO MAY 23, 2024; AND ORDER** |
   | GEORGE ABSTON, | |
   | Defendants. | |

1   The above-captioned case is scheduled for a status hearing on March 18, 2024, at 10:30 a.m.
2   Counsel for Defendant George Abston and counsel for the United States jointly request that the Court
3   vacate the status hearing scheduled for March 18, 2024, and reset it to May 23, 2024.
4   The government and counsel for the defendant agree that time be excluded under the Speedy
5   Trial Act so that defense counsel can continue to prepare, including by reviewing the discovery already
6   produced and continuing to engage in plea negotiations. For this reason, the parties stipulate and agree
7   that excluding time until May 23, 2024, will allow for the effective preparation of counsel. *See* 18
8   U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by
9   excluding the time from March 18, 2024, through May 23, 2024, from computation under the Speedy
10  Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §
11  3161(h)(7)(A), (B)(iv). The parties also stipulate and agree that there is good cause extend the time limits for
12  a preliminary hearing under Federal Rule of Criminal Procedure 5.1 to May 23, 2024, as well as for
13  extending the 30-day time period for an indictment under the Speedy Trial Act (based on the exclusions set
14  forth above). *See* Fed. R. Crim. P 5.1; 18 U.S.C. § 3161(b).
15  The United States Attorney's Office has reviewed this Stipulation and Order and authorized
16  undersigned counsel to submit it on the parties' behalf.

**IT IS SO STIPULATED.**

DATED: March 7, 2024              /s/ Miranda Kane
                                  MIRANDA KANE
                                  Attorney for Defendant George Abston


DATED: March 7, 2024              /s/ Benjamin K. Kleinman
                                  BENJAMIN K. KLEINMAN
                                  Assistant United States Attorney

**ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court hereby vacates the status hearing scheduled for March 18, 2024, and resets it to May 23, 2024, and finds that failing to exclude the time from March 18, 2024, through May 23, 2024, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from March 18, 2024, to May 23, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from March 18, 2024, through May 23, 2024, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Additionally, with the consent of the defendant, and taking into account the public interest in the prompt disposition of criminal cases, the Court sets the status hearing to the date set forth in the first paragraph and — based on the parties' showing of good cause — finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 to May 23, 2024, and for extending the 30-day time period for an indictment under the Speedy Trial Act (based on the exclusions set forth above). *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

**IT IS SO ORDERED.**

DATED:  March 8, 2024



_____
The Honorable Donna M. Ryu
Chief Magistrate Judge