1  MIRANDA KANE (CA Bar No. 150630)
   **CONRAD | METLITZKY | KANE LLP**
2  217 Leidesdorff Street
   San Francisco, CA 94111
3  Telephone:  (415) 343-7100
   Facsimile:  (415) 343-7101
4  Email:      mkane@conmetkane.com

5  Attorney for Defendant George Abston

6

7                      UNITED STATES DISTRICT COURT

8                     NORTHERN DISTRICT OF CALIFORNIA

9                              OAKLAND DIVISION

10

11 | UNITED STATES OF AMERICA, | CASE NO. 23-MJ-71264-MAG (DMR) |
12 | Plaintiff, | |
   | v. | **STIPULATION TO CONTINUE ABSTON STATUS HEARING FROM MAY 23, 2024, TO JULY 30, 2024; ORDER** |
13 | GEORGE ABSTON, | |
14 | Defendants. | |

1 | The above-captioned case is scheduled for a status regarding on May 23, 2024, at 10:30 a.m. Counsel for Defendant George Abston and counsel for the United States jointly request that the Court vacate the status hearing scheduled for May 23, 2024, and reset it to July 30, 2024.

The parties agree that time be excluded under the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing the discovery already produced and continue to engage in plea negotiations. For this reason, the parties stipulate and agree that excluding time until July 30, 2024, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from May 23, 2024, through July 30, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv). The parties also stipulate and agree that there is good cause extend the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 to July 30, 2024, as well as for extending the 30-day time period for an indictment under the Speedy Trial Act (based on the exclusions set forth above). *See* Fed. R. Crim. P 5.1; 18 U.S.C. § 3161(b).

The United States Attorney's Office has reviewed this Stipulation and Order and authorized undersigned counsel to submit it on the parties' behalf.

**IT IS SO STIPULATED.**

DATED: May 22, 2024        */s/ Miranda Kane*
MIRANDA KANE
Attorney for Defendant George Abston


DATED: May 22, 2024        */s/ Benjamin Kleinman*
BENJAMIN K. KLEINMAN
Assistant United States Attorney

**ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court hereby vacates the status hearing scheduled for May 23, 2024, and resets it to July 30, 2024, and finds that failing to exclude the time from May 23, 2024, through July 30, 2024, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from May 23, 2024, to July 30, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from May 23, 2024, through July 30, 2024, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Additionally, with the consent of the defendant, and taking into account the public interest in the prompt disposition of criminal cases, the Court sets the status hearing to the date set forth in the first paragraph and — based on the parties' showing of good cause — finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act (based on the exclusions set forth above). *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

**IT IS SO ORDERED.**

DATED: May 22, 2024



_____
The Honorable Donna M. Ryu
Chief Magistrate Judge